UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> MARK GIBBONS, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 09-cr-132 (ESH) <br><br> **FILED** <br> JUN 2 2 2009 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

<u>**ORDER**</u>

In a hearing before Magistrate Judge Facciola on June 10, 2009, defendant Mark Gibbons entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:  June 22, 2009